UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 12-15148-ABA |
|---|---|---|
| | Judge: | ABA |
| | Chapter: | 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _Suzanne Conly_, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. [✓] I am not required to pay domestic support obligations, or

   [ ] I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   [ ] I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: _709 Lincoln Ave_
   _Magnolia NJ 08049_

4. The name and address of my current employer is (enter NONE if not currently employed):
   _Acme Markets_
   _501 Evesham Ave_
   _Runnemede NJ 08054_

I certify under penalty of perjury that the foregoing is true and correct.

Date: _1/5/16_         _Suzanne Conly_
                       Debtor's Signature

**NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.**

Rev. 1/1/08