# United States Bankruptcy Court
# District of New Jersey

In Re: <u>Richard D. Conley, Jr. and Suzanne J. Conley aka Suzanne J. Troy</u>

Case No.:<u>12-15148-ABA</u>
Chapter:<u>13</u>
Judge:<u>HONORABLE Andrew B. Altenburg, Jr.</u>

## Statement in Response to Notice of Final Cure Payment

### Part 1: Pre-Petition Arrears

Creditor ☒ agrees that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan.

    If creditor disagrees:

        Amount due to cure pre-petition arrears:   $_____
        Attach an itemized account of any required pre-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*.

### Part 2: Post-petition Arrears

***Outside the plan:*** Creditor ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid outside the Chapter 13 directly to the secured creditor.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due outside the plan: $1,849.28
        Attach an itemized account of any required post-petitions amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, using the form *Certification Re Post-Petition Payment History (Note and Mortgage)*.

***Inside the plan:*** Creditor ☐ agrees or ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid through the Chapter 13 Plan.

    If the creditor disagrees:

        Amount due to cure post-petition arrears due inside the plan: $_____

        Attach an itemized account of any required post-petition amounts that the secured creditor contends remain unpaid as of the date of the *Notice of Final Cure Payment*, citing court orders or *Notices of Fees, Expenses and Charges* issues during the case.

## Part 3: Sign Here

The person completing this Statement must sign in. Print your name and other identifying information.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.
(Attach a copy of power of attorney, if any.)

I certify under penalty of perjury that the foregoing is true and correct.

_(signature)_
Signature

Date: January 27, 2017

Print:
Charles G. Wohlrab, Esq.
Name
Shapiro & DeNardo, LLC
Company
14000 Commerce Parkway, Suite B
Address
Mount Laurel, NJ 08054
(856)793-3080
Phone

Attorney for Movant
Title

## Part 4: Service

Notice Mailed to:

Debtor(s) (address): 709 W LINCOLN AVENUE, MAGNOLIA  New Jersey  08049

Debtor(s)' Counsel:

☒ Via CM/ECF

☐ Via email (email address): _____

☐ Via US Mail (address): _____

## Motion For Relief Information

Version #
Last Revised Date:

### Loan Demographics

| Account Number | 080... | Case Number | 12-15148 | Property Address | |
|---|---|---|---|---|---|

### Bankruptcy Filing Information

| Filed By | Richard D. Conley, Jr. / Suzanne J. Conley | Chapter Filed | | Chapter 13 | Gov't Loan | |
|---|---|---|---|---|---|---|
| District | | Bankruptcy Filing Date | 02/29/2012 | | POC Filing Date | |
| Beneficiary (Action in the Name of) | | | | | 1st Post Due Date | |

### First Borrower

| Name | Richard D. Conley, Jr. | | SSN | | Non-filing Co-Signer | |
|---|---|---|---|---|---|---|

### Second Borrower

| Name | Suzanne J. Conley | | SSN | | Non-filing Co-Signer | |
|---|---|---|---|---|---|---|

| Payoff Figures as of: | 00/00/0000 | Delinquent Contractual/Post Petition Payments | | | | |
|---|---|---|---|---|---|---|
| Unpaid Balance | | Date Due | Amount Due (P&I and Escrow) | Principle & Interest | Escrow | Number of Months | Total Due |
| Interest Amount | | 12/01/2016 to 01/01/2017 | $ 1,329.77 | | | 2 | $ 2,659.54 |
| Interest Rate | | | | | | | $ - |
| Per Diem | | | | | | | $ - |
| Escrow Advance | | | | | | | $ - |
| Corporate Advance | | | | | | | $ - |
| NSF | | | | | | | $ - |
| Total Suspense* | | | | | | | $ - |
| *includes all Pre-Petition and Post - Petition Suspense | | Suspense** | $ 810.26 | | | | $ (810.26) |
| TOTAL | $ - | TOTAL | | | | | $ 1,849.28 |

**If Chapter 13, will include Post Petition Suspense
**If Chapter 7, will include all suspense

| MFR Dates/Amount | | National Settlement Agreement* |
|---|---|---|
| Contractual Due Date as per LSAMS | | Is this loan under the National Settlement Agreement? |
| Current Post Petition Due date as per Post Ledger | | *All loans acquired from Bank of America effective January 1, 2013. |
| Contractual/Post Petition Payment Amount Due (P&I and Escrow) | | |

| Other Information | | Right to Foreclosure Language* |
|---|---|---|
| Property Treatment | Retain | *Please include right to foreclose language in the Motion for Relief |
| Property Status | Secured | |
| Motion for Dismissal Filing Date | No | All Motions for Relief from Stay shall include a statement that sets forth the basis for asserting that the applicable party has the right to foreclose. |
| Pending Discharge | No | |
| Trustee Pay All | No | |
| Loss Mitigation Status | Not Active | |
| Interest Amount at the Time of Filing | #REF! | |

*LM Status and copies of any and all available denial letters are required in CA
*If referral for CA and NY, breakdown for Corp. Advances is required. IF for FL and MD, breakdown for Corp Advances and Escrow Advances are required
*If referral is for CA and CO, then contractual payment history is needed for one year prior to the contractual due date.

| Payment Address | All payments and mail should be addressed as ATTN: Bankruptcy Dept | Comments |
|---|---|---|
| Nationstar Mortgage, LLC<br>PO Box 619094<br>Dallas, TX 75261-9741<br>**Correspondence Address**<br>Nationstar Mortgage, LLC<br>PO Box 619096<br>Dallas, TX 75261-9741 | | Last payment received on |
| | | Processed by |

### Escrow Advances

| Escrow Account | Date | Recovery (Debit) | Advance (Credit) | Escrow Account | Date | Recovery (Debit) | Advance (Credit) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | Richard D. Conley, Jr. Suzanne J. Conley | Payment Changes | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: | 12-15148 | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change |
| Filing Date: | 02/29/12 | | | | | | |
| Payments in POC: | $5,495.68 | | | | | | |
| First Post Due Date | 03/01/12 | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/05/12 | $1,337.78 | | | $1,337.78 | | | | | $1,337.78 | $1,337.78 |
| 05/09/12 | $1,350.00 | | | $2,687.78 | | | | | $1,350.00 | $2,687.78 |
| 05/10/12 | | 03/01/12 | $1,329.77 | $1,358.01 | | $1,373.92 | | | $(1,373.92) | $1,313.86 |
| 06/05/12 | $1,340.00 | | | $2,698.01 | | | | | $1,340.00 | $2,653.86 |
| 06/15/12 | | 04/01/12 | $1,329.77 | $1,368.24 | | $1,373.92 | | | $(1,373.92) | $1,279.94 |
| 07/05/12 | $1,340.00 | | | $2,708.24 | | | | | $1,340.00 | $2,619.94 |
| 07/12/12 | | 05/01/12 | $1,329.77 | $1,378.47 | | $1,373.92 | | | $(1,373.92) | $1,246.02 |
| 08/03/12 | $1,350.00 | | | $2,728.47 | | | | | $1,350.00 | $2,596.02 |
| 08/09/12 | | 06/01/12 | $1,329.77 | $1,398.70 | | $1,373.92 | | | $(1,373.92) | $1,222.10 |
| 09/04/12 | $1,350.00 | 07/01/12 | $1,329.77 | $1,418.93 | | $1,337.78 | | | $12.22 | $1,234.32 |
| 10/04/12 | $1,350.00 | 08/01/12 | $1,329.77 | $1,439.16 | | $1,337.78 | | | $12.22 | $1,246.54 |
| 11/06/12 | $1,425.00 | 09/01/12 | $1,329.77 | $1,534.39 | | $1,337.78 | | | $87.22 | $1,333.76 |
| 12/03/12 | $1,425.00 | 10/01/12 | $1,329.77 | $1,629.62 | | $1,337.78 | | | $87.22 | $1,420.98 |
| 01/04/13 | | | | $1,629.62 | | | | | $- | $1,420.98 |
| 01/04/13 | $1,425.00 | 11/01/12 | $1,329.77 | $1,724.85 | | $1,337.78 | | | $87.22 | $1,508.20 |
| 02/04/13 | $1,425.00 | 12/01/12 | $1,329.77 | $1,820.08 | | $1,337.78 | | | $87.22 | $1,595.42 |
| 02/27/13 | | 01/01/13 | $1,329.77 | $490.31 | | $1,337.78 | | | $(1,337.78) | $257.64 |
| 03/04/13 | $1,425.00 | 02/01/13 | $1,329.77 | $585.54 | | $1,337.78 | | | $87.22 | $344.86 |
| 04/04/13 | $1,425.00 | 03/01/13 | $1,329.77 | $680.77 | | $1,337.78 | | | $87.22 | $432.08 |
| 05/06/13 | $4.35 | | | $685.12 | | | | | $4.35 | $436.43 |
| 05/07/13 | $1,420.65 | 04/01/13 | $1,329.77 | $776.00 | | $1,420.65 | | | $- | $436.43 |
| 06/04/13 | $1,425.00 | 05/01/13 | $1,329.77 | $871.23 | | $1,420.65 | | | $4.35 | $440.78 |
| 07/05/13 | $4.35 | | | $875.58 | | | | | $4.35 | $445.13 |
| 07/08/13 | $1,420.65 | 06/01/13 | $1,329.77 | $966.46 | | $1,420.65 | | | $- | $445.13 |
| 08/05/13 | $1,425.00 | 07/01/13 | $1,329.77 | $1,061.69 | | $1,420.65 | | | $4.35 | $449.48 |
| 09/04/13 | $1,425.00 | 08/01/13 | $1,329.77 | $1,156.92 | | $1,420.65 | | | $4.35 | $453.83 |
| 10/04/13 | $1,425.00 | 09/01/13 | $1,329.77 | $1,252.15 | | $1,420.65 | | | $4.35 | $458.18 |
| 11/04/13 | $1,425.00 | 10/01/13 | $1,329.77 | $1,347.38 | | $1,420.65 | | | $4.35 | $462.53 |
| 12/06/13 | $1,425.00 | 11/01/13 | $1,329.77 | $1,442.61 | | $1,420.65 | | | $4.35 | $466.88 |
| 01/03/14 | $1,425.00 | 12/01/13 | $1,329.77 | $1,537.84 | | $1,420.65 | | | $4.35 | $471.23 |
| 02/04/14 | $1,425.00 | 01/01/14 | $1,329.77 | $1,633.07 | | $1,420.65 | | | $4.35 | $475.58 |
| 03/04/14 | $1,425.00 | 02/01/14 | $1,329.77 | $1,728.30 | | $1,420.65 | | | $4.35 | $479.93 |
| 04/04/14 | $1,425.00 | 03/01/14 | $1,329.77 | $1,823.53 | | $1,420.65 | | | $4.35 | $484.28 |
| 05/05/14 | $1,425.00 | 04/01/14 | $1,329.77 | $1,918.76 | | $1,420.65 | | | $4.35 | $488.63 |
| 06/04/14 | $1,425.00 | 05/01/14 | $1,329.77 | $2,013.99 | | $1,420.65 | | | $4.35 | $492.98 |
| 07/07/14 | $1,425.00 | 06/01/14 | $1,329.77 | $2,109.22 | | $1,420.65 | | | $4.35 | $497.33 |
| 08/04/14 | $1,425.00 | 07/01/14 | $1,329.77 | $2,204.45 | | $1,420.65 | | | $4.35 | $501.68 |
| 09/04/14 | $1,425.00 | 08/01/14 | $1,329.77 | $2,299.68 | | $1,420.65 | | | $4.35 | $506.03 |
| 10/06/14 | $1,425.00 | 09/01/14 | $1,329.77 | $2,394.91 | | $1,420.65 | | | $4.35 | $510.38 |
| 11/04/14 | $1,425.00 | 10/01/14 | $1,329.77 | $2,490.14 | | $1,420.65 | | | $4.35 | $514.73 |
| 12/04/14 | $1,425.00 | 11/01/14 | $1,329.77 | $2,585.37 | | $1,420.65 | | | $4.35 | $519.08 |
| 01/05/15 | $1,425.00 | 12/01/14 | $1,329.77 | $2,680.60 | | $1,420.65 | | | $4.35 | $523.43 |
| 02/04/15 | $1,425.00 | 01/01/15 | $1,329.77 | $2,775.83 | | $1,420.65 | | | $4.35 | $527.78 |
| 03/04/15 | $1,425.00 | 02/01/15 | $1,329.77 | $2,871.06 | | $1,420.65 | | | $4.35 | $532.13 |
| 04/06/15 | $1,425.00 | 03/01/15 | $1,329.77 | $2,966.29 | | $1,420.65 | | | $4.35 | $536.48 |
| 05/04/15 | $1,425.00 | 04/01/15 | $1,329.77 | $3,061.52 | | $1,420.65 | | | $4.35 | $540.83 |
| 06/04/15 | $1,425.00 | 05/01/15 | $1,329.77 | $3,156.75 | | $1,420.65 | | | $4.35 | $545.18 |
| 07/06/15 | $1,425.00 | 06/01/15 | $1,329.77 | $3,251.98 | | $1,420.65 | | | $4.35 | $549.53 |
| 08/04/15 | $1,425.00 | 07/01/15 | $1,329.77 | $3,347.21 | | $1,420.65 | | | $4.35 | $553.88 |
| 09/08/15 | $1,425.00 | 08/01/15 | $1,329.77 | $3,442.44 | | $1,420.65 | | | $4.35 | $558.23 |
| 10/05/15 | $1,425.00 | 09/01/15 | $1,329.77 | $3,537.67 | | $1,420.65 | | | $4.35 | $562.58 |
| 11/04/15 | $1,425.00 | 10/01/15 | $1,329.77 | $3,632.90 | | $1,420.65 | | | $4.35 | $566.93 |
| 12/04/15 | $1,425.00 | 11/01/15 | $1,329.77 | $3,728.13 | | $1,420.65 | | | $4.35 | $571.28 |
| 01/04/16 | $1,425.00 | 12/01/15 | $1,329.77 | $3,823.36 | | $1,420.65 | | | $4.35 | $575.63 |
| 02/04/16 | $1,425.00 | | | $5,248.36 | | | | | $1,425.00 | $2,000.63 |
| 02/05/16 | | 01/01/16 | $1,329.77 | $3,918.59 | | $1,420.65 | | | $(1,420.65) | $579.98 |
| 03/04/16 | $1,425.00 | | | $5,343.59 | | | | | $1,425.00 | $2,004.98 |
| 03/07/16 | | 02/01/16 | $1,329.77 | $4,013.82 | | $1,420.65 | | | $(1,420.65) | $584.33 |
| 04/05/16 | $1,425.00 | | | $5,438.82 | | | | | $1,425.00 | $2,009.33 |
| 04/06/16 | | 03/01/16 | $1,329.77 | $4,109.05 | | $1,420.65 | | | $(1,420.65) | $588.68 |
| 05/04/16 | $1,425.00 | | | $5,534.05 | | | | | $1,425.00 | $2,013.68 |
| 05/06/16 | | 04/01/16 | $1,329.77 | $4,204.28 | | $1,420.65 | | | $(1,420.65) | $593.03 |
| 06/06/16 | $1,425.00 | | | $5,629.28 | | | | | $1,425.00 | $2,018.03 |
| 06/07/16 | | 05/01/16 | $1,329.77 | $4,299.51 | | $1,420.65 | | | $(1,420.65) | $597.38 |
| 07/06/16 | $1,425.00 | | | $5,724.51 | | | | | $1,425.00 | $2,022.38 |
| 07/07/16 | | 06/01/16 | $1,329.77 | $4,394.74 | | $1,420.65 | | | $(1,420.65) | $601.73 |
| 08/04/16 | $1,425.00 | | | $5,819.74 | | | | | $1,425.00 | $2,026.73 |
| 08/05/16 | | 07/01/16 | $1,329.77 | $4,489.97 | | $1,420.65 | | | $(1,420.65) | $606.08 |
| 09/06/16 | $1,425.00 | | | $5,914.97 | | | | | $1,425.00 | $2,031.08 |
| 09/07/16 | | 08/01/16 | $1,329.77 | $4,585.20 | | $1,420.65 | | | $(1,420.65) | $610.43 |
| 10/04/16 | $1,425.00 | | | $6,010.20 | | | | | $1,425.00 | $2,035.43 |
| 10/05/16 | | 09/01/16 | $1,329.77 | $4,680.43 | | $1,420.65 | | | $(1,420.65) | $614.78 |
| 11/04/16 | $1,425.00 | | | $6,105.43 | | | | | $1,425.00 | $2,039.78 |
| 11/07/16 | | 10/01/16 | $1,329.77 | $4,775.66 | | $1,420.65 | | | $(1,420.65) | $619.13 |
| 12/05/16 | $1,425.00 | | | $6,200.66 | | | | | $1,425.00 | $2,044.13 |
| 12/06/16 | | 11/01/16 | $1,329.77 | $4,870.89 | $4060.63 credit due to increase Escrow of 49 payments at $82.87 (12/1/12 Through 12/1/16) | $1,420.65 | | | $(1,420.65) | $623.48 |
| | | | | $810.26 | | | | | $- | $623.48 |
| | | | | $810.26 | | | | | $- | $623.48 |
| | | | | $810.26 | | | | | $- | $623.48 |
| | | | | $810.26 | | | | | $- | $623.48 |
| | | | | $810.26 | | | | | $- | $623.48 |
| | | | | $810.26 | | | | | $- | $623.48 |