

February 11, 2017

Dear Judge Altenburg,

This is in response to the motion filed by Nation star Mortgage. Their claim is that we are not current with our mortgage after final payment from trustee. After many requests Nation star is unable to tell us where they believe the delinquency occurred.

So Please find enclosed the copy of what the Mortgage Co filed with court, the amount paid by trustee, a copy of the date are mortgage payments were to begin again and a copy of every bank statement from April of 2012 (when are payments were to begin) to present February 2017.

We believe this proves we are current.

Thank you for your time and consideration in this matter.

Sincerely,

Richard Conley

Suzanne Conley

Case Number 12-15148-ABA